**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-2657**

—————————

BARBARA M. BUSH,

Plaintiff - Appellant,

versus

RONALD D. SCHIFF, Judge, District Court of
Maryland,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-
99-3123-CCB)

—————————

Submitted:  April 13, 2000          Decided:  April 19, 2000

—————————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Barbara M. Bush, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara M. Bush appeals the district court's orders dismissing her complaint alleging violations of the Americans with Disabilities Act, the Rehabilitation Act, various civil rights acts, and state law. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bush v. Schiff</u>, No. CA-99-3123-CCB (D. Md. Oct. 27 & Nov. 29, 1999). We deny Bush's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2